ORDER
PER CURIAM:
■ In a panel opinion dated December 19, 2001, the Court granted the appellant’s application under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees and expenses in the amount of $2,956.87. Cycholl v. Principi, 15 Vet.App. 355 (2001). On January 9, 2002, the Secretary filed a timely motion for reconsideration and an alternative motion for a full Court decision. Motions for a full Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional importance. See U.S. VetApp. R. 35(c).
Upon consideration of the foregoing and the parties’ prior pleadings, it is
ORDERED by the panel that the Secretary’s motion for reconsideration is denied. It is further
ORDERED by the full Court that the Secretary’s motion for a full Court decision is denied.